IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CABELLO,   :  <br>    :  <br>    Plaintiff   :  <br>    :       CIVIL NO. 1:CV-15-2138<br>  vs.   :  <br>    :       (Judge Caldwell)<br>P.B.P.P.,   :  <br>    :  <br>    Defendant   : | |

*O R D E R*

AND NOW, this 17th day of December, 2015, in accordance with the accompanying memorandum, it is ordered that:

    1. Plaintiff's letter (Doc. 10) is construed as a motion for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(a)(i).

    2. Within twenty-one (21) days of the date of this Order, Plaintiff shall notify the court: (1) if he wants to withdraw his Complaint even though he must still pay the filing fee; or (2) if he wants to proceed with the action.

    3. If Plaintiff wishes to proceed with this action, he should file his amended complaint within twenty-one (21) days of the date of this Order.

    4. If Plaintiff fails to timely advise the court which option he wishes to pursue, the court will dismiss this action pursuant to 28 U.S.C. § 1915(3)(2)(B)(ii).

                                            /s/ William W. Caldwell
                                             William W. Caldwell
                                           United States District Judge